(86 South. 165)

## McCLURE v. STATE. (8 Div. 682.)

(Court of Appeals of Alabama. June 3, 1920.)

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

J. A. McClure was convicted of a violation of the prohibition law, and appeals. Reversed and remanded.

R. E. Smith, of Huntsville, for appellant.
J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. On the authority of Will Broglan v. State, 86 South. 164,[1] appealed from the circuit court of Madison county, this case is reversed and remanded.

Reversed and remanded.